```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROPICAL WORLD CORPORATION, a Florida corporation,

                Plaintiff,

-against-

DEL VALLE IMPORT CORP., a New York company, JORGE AVILA, aka JORGE TYRONE AVILA, aka TYRONE AVILA, an Individual,

                Defendants.

No. 22 Civ. 1588 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 2, 2022, the Court directed the parties to file a joint letter and proposed case management plan by May 2, 2022. ECF No. 10. At the parties' request, the Court extended this deadline to May 30, 2022. ECF No. 17. The parties failed to timely file their submissions or seek a further extension. Accordingly, by **June 3, 2022**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 1, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge