

P.O Box 6909
San Antonio, Texas 78209-0909
(210) 804-0011 • (210) 742-2789
Facsimile (210) 822-2595
www.stokeslawoffice.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2022

June 3, 2022

<u>Via ECF</u>
Honorable Analisa Torres
United States District Judge
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Civil Docket 1:22-cv-01588-AT
           Tropical World Corp. v. Del Valle Import Corp., Jorge Avila

Dear Judge Torres:

    This office represents Plaintiff Tropical World Corp. I am writing to respectfully inform the Court that Plaintiff and Individual Defendant have been working through a settlement.

    The Corporate Defendant Del Valle was served early April 2022; Mr. Avila contacted our office and negotiated with counsel terms of a settlement and had indicated he would sign an agreement with those terms. Because of this direct communication from the Individual Defendant, my client did not want to incur the cost of private process. Notwithstanding that Mr. Avila confirmed to me and directly to my client as late as yesterday that he would sign the settlement agreement he has now has gone silent. Counsel apologizes for missing the deadlines to comply with Your Honor's Initial Pretrial Scheduling Order and respectfully requests a 21-day extension of time to serve Mr. Avila.

    This is the second request for an extension of time to comply with deadlines in the Court's Initial Pretrial Scheduling Order.

    Thank you Your Honor for your consideration on this matter and I remain available to provide any additional information.

GRANTED. By **June 27, 2022**, Plaintiff shall serve Defendants, and the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 3, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge