

P.O Box 6909
San Antonio, Texas 78209-0909
(210) 804-0011 • (210) 742-2789
Facsimile (210) 822-2595
www.stokeslawoffice.com

June 6, 2022

**Via ECF**
Honorable Analisa Torres
United States District Judge
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Civil Docket 1:22-cv-01588-AT
               Tropical World Corp. v. Del Valle Import Corp., Jorge Avila

Dear Judge Torres:

    This office represents Plaintiff Tropical World Corp. I am writing to give notice that Plaintiff has settled its claims in the Complaint with Individual Defendant Jorge Avila a/k/a Jorge Tyrone Avila, and pursuant to the Settlement Agreement, Plaintiff respectfully requests the Court enter the parties' Agreed Final Judgment attached hereto.

    Thank you for your courtesies on this matter, I remain,

                                         Respectfully yours,

                                         */s/* Craig A. Stokes
                                         Craig A. Stokes [CS-6428]
                                         STOKES LAW OFFICE LLP
                                         PO Box 6909
                                         San Antonio, TX 78209

                                         *Counsel for Plaintiff Tropical World Corp.*

cc:    **Via E-Mail leoty1976@hotmail.com**
        **Via E-Mail avilcorp@icloud.com**
        **Via U.S. First Class Mail**
        Jorge Avila
        1231 Lafayette Avenue
        Bronx, NY 10471