USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROPICAL WORLD CORPORATION, a Florida corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>DEL VALLE IMPORT CORP., *et al.*,<br><br>　　　Defendants. | CASE NO.: 1:22-cv-01588-AT |

## AGREED FINAL JUDGMENT

　　　On this day, came on to be heard and considered the above-styled and number cause. The parties informed the Court that they have agreed that the Court has jurisdiction over the parties and the subject matter of this lawsuit and have agreed to settle this matter and as part of the settlement stipulate to the entry of this Agreed Final Judgment. The Court has considered the agreements, the representation of counsel, the pleadings, and official records on file in this matter, as well as the applicable law, and is of the opinion and finds that it has jurisdiction over the parties and the subject matter of this lawsuit, that judgment should be rendered and entered in favor of Plaintiff Tropical World Corp. ("Tropical World"), against Individual Defendant Jorge Avila a/k/a Jorge Tyrone Avila ("Avila").

　　　THE COURT FINDS that Defendant Jorge Avila is a statutory trustee of the PACA trust assets of Defendant Del Valle Import Corp. under the Perishable Agricultural Commodities Act Statutory Trust, 7 U.S.C. §499e and further finds that said Defendant Avila has dissipated PACA trust assets of Tropical World, resulting in damages to Plaintiff.

　　　It is therefore, ORDERED, ADJUDGED AND DECREED that judgment be granted against the Individual Defendant Jorge Avila for a debt in the amount of $58,440.00 plus

reasonable attorneys' fees and legal costs in the amount of $2,500.00, for a total final judgment amount of $60,940.00. Said judgment is granted under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED Plaintiff shall be entitled to recover the attorney's fees incurred in enforcing this judgment and the judgment shall accrue post judgment interest in accordance with 28 U.S.C. 1961.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED Plaintiff shall have such writs and processes as may be necessary in the enforcement and collection of this Judgment; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all relief not expressly granted herein is denied. This Judgment disposes of all parties and all claims and is final for the purposes of appeal.

**STIPULATED AND AGREED TO AS TO FORM AND CONTENT**:

Jorge Avila, Individually and on
Behalf of Del Valle Import Corp.

_____
Name: Jorge Avila
Telephone (347) 723-9160
E-Mail leoty1976@hotmail.com

Stokes Law Office LLP

_____
Craig A. Stokes
PO Box 6909
San Antonio, TX 78209
Telephone (210) 804-0011
cstokes@stokeslawoffice.com

The Clerk of Court is directed to terminate all pending motions, vacate all conferences, and close the case.

SO ORDERED.

Dated: June 8, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge